Charles W. Speiring, Appellee, v. Chicago and Eastern Illinois Railroad Company, Appellant.

Gen. No. 43,131.

Heard in the first division, first district, this court at the October term, 1944; opinion filed March 26, 1945; rehearing denied April 11, 1945; released for publication April 11, 1945. Rawlins & Wright and T. N. Cook, for appellant; James F. Wright and F. W. Johnson, of counsel; Edward B. Henslee and Paul R. Brown, for appellee; Melvin L. Griffith, of counsel. Opinion by JUSTICE MATCHETT. Not to be published in full.